

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:             01-13-01026-CR

Style:                   Hersson Stanley Orellana

                         v. The State of Texas

Date motion filed[*]:      April 14, 2014

Type of motion:        Motion for extension of time to file brief

Party filing motion:     Appellant

Document to be filed:   Brief

Is appeal accelerated?    No

If motion to extend time:
     Original due date:              January 20, 2014
     Number of previous extensions granted:   1         Current Due date:  April 2, 2014
     Date Requested:            April 14, 2014

Ordered that motion is:

     ☑       Granted

              If document is to be filed, document due:  April 14, 2014

              ☑ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

     ☐       Denied

     ☐       Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐       Other: _____

Judge's signature:   /s/ Evelyn V. Keyes
                     ☑ Acting individually    ☐ Acting for the Court

Panel consists of      _____

Date: April 22, 2014

November 7, 2008 Revision